# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

IN RE:

Case No. 9:10-bk-04887-ALP
Chapter 13

Larry Dean Bryson and Lisa Darlene Bryson,
    Debtor(s).

## U.S. BANK'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### (Property Surrendered in Plan)

    **COMES NOW** U.S. Bank, N.A., its Successors and/or its Assigns ("Secured Creditor"), by and through its undersigned counsel, as and for its Motion for Relief from the Automatic Stay, and states as follows:

    1.    The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

    2.    The Debtor(s) filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on March 4, 2010.

    3.    Secured Creditor holds a security interest in the Debtor(s)' real property located at 4516 S.E. 11th Avenue, Cape Coral, Florida, FL 33904, by virtue of a Mortgage which is recorded in the Public Records of Lee County, Florida in Book 4233 at Page 4309. Said Mortgage secures a Note in the amount of $154,900.00. Copies of the relevant loan documents are attached hereto as Exhibit A.

    4.    The aforementioned Mortgage gives Secured Creditor a first mortgage position on property legally described as:

> **LOTS 35 AND 36, BLOCK 328, UNIT 8, CAPE CORAL SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF**

**AS RECORDED IN PLAT BOOK 13, PAGES 1 TO 6, IN THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

5. Upon information and belief, said property has not been claimed exempt by the Debtor(s).

6. The Debtor(s) is/are indebted to Secured Creditor in the amount of $145,554.70 principal balance, with interest accruing at the rate of $26.42 *per diem*, plus other fees and costs advanced by the mortgagee pursuant to the loan documents.

7. Payments pursuant to the aforementioned Mortgage have been in default, and remain in default, since January 1, 2009.

8. Payments to Secured Creditor have not been included in the Debtor's First Amended Chapter 13 Plan (Docket No. 21), which Plan indicates that the Debtor is surrendering his interest in the subject property.

9. Thus, the Debtor(s) has/have failed to adequately protect the interest of Secured Creditor.

10. Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtor(s)' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such security interest.

11. Therefore, Secured Creditor maintains that cause exists pursuant to 11 U.S.C. § 362(d)(1) for the automatic stay to be lifted.

12. Pursuant to 11 U.S.C. § 362(e), Secured Creditor hereby requests that in the event a hearing is necessary, that said hearing be held within thirty (30) days.

13. Secured Creditor further requests that the Court Order entered pursuant to the instant Motion provide that all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

**WHEREFORE**, Secured Creditor respectfully requests that the automatic stay be lifted so that Secured Creditor may be permitted to protect its security interest in the Debtor(s)' property outside of the bankruptcy forum, that in the event that a hearing is necessary on this Motion that said hearing be held within thirty (30) days, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted:

LAW OFFICES OF DAVID J. STERN, P. A.
Attorney for Secured Creditor
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920
Phone: (954) 233-8000 / Extension 1528
Fax:    (954) 233-8724


　　/s/ Ana-Laura Diaz
Ana-Laura Diaz
FBN 27680

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay was sent by either electronic or U.S. mail, first-class postage prepaid, to:

Larry Dean Bryson and Lisa Darlene Bryson
4417 SW 14th Avenue, Cape Coral, FL 33914

Jon Waage, Trustee
P.O. Box 25001, Bradenton, FL 34206

Eviana J. Martin, Esq.
Martin Law Firm, P.L., 3701 Del Prado Blvd., Cape Coral, FL 33904

this   14   day of May, 2010.

                                                Respectfully Submitted:

                                                LAW OFFICES OF DAVID J. STERN, P. A.
                                                Attorney for Secured Creditor
                                                900 South Pine Island Road, Suite 400
                                                Plantation, FL 33324-3920
                                                Phone: (954) 233-8000 / Extension 1528
                                                Fax:     (954) 233-8724


                                                      /s/ Ana-Laura Diaz
                                                Ana-Laura Diaz
                                                FBN 27680

09-91110 (FRB)FM.mfr